```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10012
   GEORGIA T MAKROPOULOS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-8278


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/04/07 .

   2.  The case was dismissed without confirmation, 07/06/2007.

-------------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------

         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00          .00           .00
PRINCIPAL PAID          .00           .00          .00          .00           .00
INTEREST PAID           .00           .00          .00          .00           .00
TOTAL PAID              .00           .00          .00          .00           .00
The Debtor's attorney, TIMOTHY P WHELAN ESQ         , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .




            Dated: 10/09/07              /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 07 B 10012 GEORGIA T MAKROPOULOS